Thomas G. McCann, Plaintiff-Appellee, v. Civil Service Board of the Metropolitan Sanitary District of Greater Chicago, and Chester Kopec, Director of Personnel of the Metropolitan Sanitary District of Greater Chicago, Defendants-Appellants.

Gen. No. 52,114.

First District.

February 3, 1969.

Allen S. Lavin, of Chicago (Julius H. Grubman, of counsel), for appellants; Richard F. McPartlin, of Chicago, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.